Opinion Per Curiam.

---

## Ahlrichs *et al. v.* Cullman.

Appeal from the Circuit Court of Cullman.
Tried before the Hon. H. C. Speake.

Alvin Ahlrichs, for appellant.

Brown & Curtis, for appellee.

The appeal in this case is from a judgment of the circuit court dismissing a petition for certiorari. The judgment was rendered on March 31, 1900, and no steps were taken to prosecute an appeal therefrom until June 25, 1900, when the appeal bond was filed and approved.

The appeal is dismissed, because it was not taken within thirty days after the rendition of the judgment, as provided by section 2827 of the Code.